UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARCUS DEWAYNE SMALLWOOD  CIVIL ACTION NO. 20-0921-P

VERSUS  JUDGE S. MAURICE HICKS, JR.

BOSSIER PARISH SHERIFF'S DEPT., ET AL.  MAG. JUDGE KAREN L. HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

I**T IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Marcus Dewayne Smallwood's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 6th day of October, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT